UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:19-MJ-62 |
| | ) | |
| v. | ) | |
| | ) | |
| BARRY WRIGHT | ) | |

## ORDER

Upon motion of the United States, it is ORDERED that the Criminal Complaint be unsealed.

This 28th day of August, 2019.

Benjamin W. Cheesbro
United States Magistrate Court
Southern District of Georgia